# Third District Court of Appeal

## State of Florida

Opinion filed January 2, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0673
Lower Tribunal No. 22-19260-CA-01
_____

**Richman Three Lakes Development Partners, LLC**,
Appellant,

vs.

**Alfonso M. Perez**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Saible Law Group, P.A., and Brooks Saible (St. Petersberg), for appellant.

Carlos Santisteban, Jr., P.A., and Carlos Santisteban Jr.; Burlington & Rockenbach, P.A., and Jeffrey V. Mansell (West Palm Beach), for appellee.

Before EMAS, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed. See Ramirez v. M.L. Mgmt. Co., 920 So. 2d 36, 39 (Fla. 4th DCA 2005) (explaining generally that "a landlord has a duty to protect its tenants in connection with a vicious dog of which the landlord has knowledge"); Brooks v. Phillip Watts Enters., Inc., 560 So. 2d 339, 341 (Fla. 1st DCA 1990) (setting forth that constructive knowledge of a dangerous condition may be shown by proving that "the condition occurred with regularity and was therefore foreseeable"); see also Universal Beverages Holdings, Inc. v. Merkin, 902 So. 2d 288, 290 (Fla. 3d DCA 2005) ("[T]he trial judge's findings of fact are clothed with a presumption of correctness on appeal, and these findings will not be disturbed unless the appellant can demonstrate that they are clearly erroneous.").